only. (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—Negligence.) Present—Pigott, Jr., P. J., Green, Kehoe and Lawton, JJ.

■■■ RAYMOND R. LeCHASE et al., Respondents, v FRANK LaMAR et al., Appellants. (Appeal No. 1.) [710 NYS2d 290] —Judgment unanimously affirmed with costs. Memorandum: There is no merit to defendants' contention that Supreme Court erred in this action for dental malpractice in including only one theory of negligence in the verdict sheet submitted to the jury. Although plaintiffs' expert testified concerning more than one deviation from the level of care acceptable in the professional community in which defendant Frank LaMar, D.D.S. practices (*see generally, Schrempf v State of New York*, 66 NY2d 289, 295), plaintiffs relied upon the sole theory that the lack of aggressive postoperative treatment of a fistula caused the injuries sustained by plaintiff Raymond R. LeChase. Thus, the court properly limited both the jury charge and the verdict sheet to that theory. (Appeal from Judgment of Supreme Court, Monroe County, Lunn, J.—Negligence.) Present—Pigott, Jr., P. J., Green, Kehoe and Lawton, JJ.

■■■ RAYMOND R. LeCHASE et al., Respondents, v FRANK LaMAR et al., Appellants. (Appeal No. 2.) [710 NYS2d 288] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Set Aside Verdict.) Present—Pigott, Jr., P. J., Green, Kehoe and Lawton, JJ.

■■■ TOWN OF WEST SENECA, Respondent, v AMERICAN REFFUEL COMPANY OF NIAGARA, L.P., Appellant. (Appeal No. 1.) [710 NYS2d 266] —Appeal unanimously dismissed without costs (*see generally, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.*, 147 AD2d 977). (Appeal from Order of Supreme Court, Erie County, Kane, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Green, Kehoe and Lawton, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL HAMILTON, Appellant. (Appeal No. 1.) [711 NYS2d 804] —Judgment unanimously affirmed (*see, People v Lococo*, 92 NY2d 825, 827). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL HAMILTON, Appellant. (Appeal No. 2.) [710 NYS2d 236] —Judgment unanimously affirmed (*see, People v Lococo*, 92 NY2d 825,